# UNITED STATES DISTICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TINESHA WICKLIFFE,<br><br>Plaintiff,<br>vs.<br>SMGHA Nevada LLC d/b/a PALMS CASINO RESORT; and DOES 1-50, inclusive<br><br>Defendant. | Case No. 2:25-cv-01754-JAD-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant SMGHA Nevada LLC d/b/a Palms Casino Resort ("Defendant") by and through its counsel, the law firm of Jackson Lewis P.C., and Plaintiff Tinesha Wickliffe ("Plaintiff"), by and through their counsel, RAFII & ASSOCIATES, P.C., hereby stipulate and agree to extend the deadline for Defendant to file its responsive pleading to Plaintiffs' Complaint to **October 3, 2025**. This Stipulation is submitted and based upon the following:

1. Defendants counsel had to work on a complicated emergency motion and needs additional time to evaluate the allegations in the complaint.

2. Therefore, the Parties have agreed to extend the deadline for Defendant's responsive pleading to **October 3, 2025.**

3. This is the first request for an extension of time for Defendant to file a response to Plaintiffs' Complaint.

1

4. This request is made in good faith and not for the purpose of delay.

Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 26th day of September, 2025.

| RAFII & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
|---|---|
| /s/Rachel Mariner<br>Rachel Mariner, Esq.<br>Nevada Bar No.:16728<br>Jason Kuller, Esq.<br>Nevada Bar No.: 12244<br>1120 N. Town Center Drive<br>Suite 130<br>Las Vegas, NV 89144 | /s/Paul T. Trimmer<br>Paul T. Trimmer, Esq.<br>Nevada Bar No. 9291<br>Justin A. Shiroff, Esq.<br>Nevada Bar No. 12869<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:
Dated: September 29, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2