# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Tinesha Wickliffe,

    Plaintiff

v.

SMGHA Nevada LLC dba Palms Casino Resort, and Does 1 through 50,

    Defendants

Case No.: 2:25-cv-01754-JAD-NJK

**Remand Order**

    For the reasons stated on the record at the hearing on the motion to amend and for remand on November 17, 2025, and because the filing of the second amended complaint [ECF No. 25] has deprived this court of subject-matter jurisdiction by removing the stray reference to federal law, IT IS ORDERED that the Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 24, Case No. A-25-979598-C,** along with copy of the public docket sheet for this case, and CLOSE THIS CASE.

    This case returns to state court with no motions currently pending.

    Dated: November 20, 2025

_____
U.S. District Judge Jennifer A. Dorsey